IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC ROMAR STANLEY                                                                                   PLAINTIFF

v.                                            Case No. 4:22-cv-4036

CORPORAL GRAY; OFFICER SMITH;
OFFICER MARTINEZ; CAPTAIN ADAMS;
and WARDEN WALKER                                                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") submitted by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 89. Judge Braynt recommends that Defendants' Motion for Summary Judgment (ECF No. 53) and Supplement (ECF No. 77) be granted in part and denied in part. Specifically, Judge Bryant recommends that:

1. Summary judgment be denied regarding Plaintiff's conditions of confinement claim against Defendants Officer Smith, Officer Martinez, and Officer Gray in their individual capacities.

2. Summary judgment be denied regarding Plaintiff's excessive force claim against Defendant Corporal Gray in his individual capacity.

3. Summary judgment be granted regarding all other claims. This includes the official capacity claims against all Defendants, and the individual capacity claims against Defendants Warden Walker ("Walker") and Captain Adams ("Adams"). Walker and Adams should thus be dismissed from this matter entirely.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 89) *in toto*.  Defendant's Motion for Summary Judgment (ECF No. 53) and Supplement (ECF No. 77) is hereby **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's conditions of confinement claim against Defendants Officer Smith, Officer Martinez, and Officer Gray in their individual capacities may proceed.  Plaintiff's excessive force claim against Defendant Corporal Gray in his official capacity may proceed.  Plaintiff's official capacity claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**.  Plaintiff's claims against Defendants Adams and Walker are hereby **DISMISSED WITH PREJUDICE**.  Defendants Walker and Adams are dismissed from this matter.

**IT IS SO ORDERED**, this 10th day of September, 2024.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge