IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERIC ROMAR STANLEY                                                                PLAINTIFF

v.                                      Case No. 4:22-cv-4036

CORPORAL GRAY; OFFICER SMITH; and
OFFICER MARTINEZ;                                                                 DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation ("R&R") submitted by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 103. Judge Bryant recommends that Separate Defendant Corporal Gray's ("Gray") Motion for Summary Judgment (ECF No. 81) be granted in part and denied in part. Specifically, Judge Bryant recommends that: 1) Plaintiff's Count One alleging unconstitutional conditions of confinement against Defendant Gray in his individual capacity be allowed to proceed, and 2) Plaintiff's Count Two alleging excessive force against Defendant Gray be dismissed with prejudice. Judge Bryant also notes that Plaintiff has acknowledged that his Count Three claim is a reassertion of the other two claims and thus Judge Bryant does not separately consider or evaluate Count Three.

No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 103) *in toto*. Defendant Gray's Motion for Summary Judgment (ECF No. 81) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Count One conditions of confinement claim against Defendant Gray in his individual capacity may proceed. Plaintiff's Count Two excessive force claim against Defendant Gray in his

individual capacity is hereby **DISMISSED WITH PREJUDICE**. Plaintiff's redundant Count Three claim against Defendant Gray is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge